UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
JEFFREY JAKUBIAK,                           :
                                            :
              Plaintiff,                    :      20 Civ. 10842 (LGS)
                                            :
       - against -                          :
                                            :
QUANTUMSCAPE CORPORATION,                   :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
BJI FINANCIAL GROUP INC. and                :
BRIAN WALSH                                 :
                                            :
                                            :      21 Civ. 08755 (LGS)
              Plaintiffs,                   :
                                            :
       - against -                          :
                                            :
QUANTUMSCAPE CORPORATION,                   :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
MICHAEL ASSANTE, JOHN                       :
WILSCHKE, and HEADWATERS                    :      21 Civ. 09565 (LGS)
HOLDINGS LLC,                               :
                                            :
              Plaintiffs,                   :
                                            :
       - against -                          :
                                            :
QUANTUMSCAPE CORPORATION,                   :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION OF PLAINTIFF MICHAEL ASSANTE
### FOR VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(2)

1

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Michael Assante moves to dismiss all claims asserted by him against Defendant QuantumScape Corporation with prejudice and without costs or fees to any party. Mr. Assante's claims have been resolved by agreement with Defendant, no counterclaims have been asserted, and further prosecution of Mr. Assante's claims is no longer warranted.

Defendant QuantumScape Corporation and the remaining Plaintiffs have no objection to the dismissal of the claims of Plaintiff Michael Assante in this action.

Dated this 26th day of January, 2024.

KELLER PLLC

*s/ Gregory E. Keller*
Gregory E. Keller
gkeller@kellerpllc.com
346 Westbury Ave, Suite 200
Carle Place, NY 11514
Tel: (646) 517-4399
M: (516) 857-3993

*Counsel for Plaintiff Michael Assante*

Application GRANTED. The claims asserted by Mr. Assante are dismissed with prejudice and without costs to any party.

The Clerk of Court is respectfully directed to terminate Mr. Assante as a Plaintiff in this matter.

Dated: January 29, 2024
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**